UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL BUXBAUM,

                    Plaintiff,

-against-

CLARKSTOWN POLICE DEPARTMENT,

                    Defendant.

25-cv-0525(LTS)

CIVIL JUDGMENT

For the reasons stated in the January 21, 2025, order, this action is dismissed as duplicative.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:  January 24, 2025
          New York, New York

                                            /s/ Laura Taylor Swain
                                            LAURA TAYLOR SWAIN
                                            Chief United States District Judge